UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VE,

Plaintiff,

—v—

Nine East 71st Street, Corporation, *et al.*,

Defendants.

NOV 2 7 2019

19-cv-7625 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the general pre-trial referral to Judge Freeman, the initial pre-trial conference

scheduled for December 6, 2019 is hereby adjourned *sine die*.

SO ORDERED.

Dated: December 27, 2019
         New York, New York

ALISON J. NATHAN
United States District Judge