UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VE,

        Plaintiff,

—v—

Nine East 71st Street, Corporation, *et al.*,

        Defendants.

19-cv-7625 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Clerk of the Court is respectfully directed to clear Dkt. Nos. 4 and 24 in the above-captioned case, which were resolved by Dkt. No. 40.

    SO ORDERED.

Dated: December   9, 2019
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1