USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VE,

            Plaintiff,

–v–

Nine East 71st Street, Corporation, *et al.*,

           Defendants.

19-cv-7625 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    In light of the stay entered by Judge Freeman, Defendants' motion to dismiss the First Amended Complaint is administratively denied without prejudice to renewal. *See* Dkt. No. 36.

    SO ORDERED.

Dated: June 19, 2020
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge