The Clerk of Court of the Southern District of New York is directed to docket the within **ORDER** in each of the following actions:

*VE v. Nine East 71st Street et al.,* No. 1:19-cv-07625 (AJN) (DF)
*Doe 1 et al. v. Indyke et al.,* No. 1:19-cv-7675 (GBD) (DF)
*Katlyn Doe v. Indyke et al.,* No. 1:19-cv-07771 (PKC) (DF)
*Priscilla Doe v. Indyke et al.,* No. 1:19-cv-07772 (ALC) (DF)
*Lisa Doe v. Indyke et al.,* No. 1:19-cv-07773 (ER) (DF)
*Jane Doe v. Indyke et al.,* No. 1:19-cv-08673 (KPF) (DF)
*Doe 17 v. Indyke et al.,* No. 1:19-cv-09610 (PAE) (DF)
*Farmer v. Indyke et al.,* No. 1:19-cv-10475 (LGS) (DF)
*Helm v. Indyke et al.,* No. 1:19-cv-10476 (PGG) (DF)
*Bryant v. Indyke et al.,* No. 1:19-cv-10479 (ALC) (DF)
*Jane Doe 1000 v. Indyke et al.,* No. 1:19-cv-10577 (LGS) (DF)
*Jane Doe 15 v. Indyke et al.,* No. 1:19-cv-10653 (PAE) (DF)
*Mary Doe v. Indyke et al.,* No. 1:19-cv-10758 (PAE) (DF)
*Davies v. Indyke et al.,* No. 1:19-cv-10788 (GHW) (DF)
*Anastasia Doe v. Indyke et al.,* No. 1:19-cv-11869 (AJN) (DF)
*Doe v. Indyke et* al., No. 1:20-cv-02365 (LJL) (DF)
*Doe v. Indyke et al.,* No. 1:20-cv-2365 (LJL) (DF)

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court, at the joint request of the parties in each of the above-referenced cases, having issued stays of the proceedings in those cases so that the plaintiffs may pursue the potential settlement of their claims through the Epstein Victims' Compensation Program, it is hereby ORDERED that the parties to each of the referenced cases shall provide this Court with a status report by October 1, 2020, and then, if the matter remains unresolved, by the first day of each month thereafter (or, if the first of the month falls on a weekend or Court holiday, then by the next business day).

Dated:  New York, New York
        September 4, 2020

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:
All counsel in the above-referenced cases (via ECF)