Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

November 2, 2020

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

  Re: *VE* v. *Darren Indyke and Richard D. Kahn as joint personal representatives of the Estate of Jeffrey E. Epstein, et al.*, No. 1:19-cv-07625-AJN-DF

Dear Judge Freeman:

  Pursuant to the Court's September 4, 2020 Order (ECF No. 71), Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, jointly submit this status report.

  Plaintiff has submitted her claim to the Epstein Victims' Compensation Program; it is currently under review.

  To preserve the parties' resources and in the interests of judicial economy, the parties respectfully request that this case remain stayed at this time.

Respectfully submitted,


*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz


cc: Counsel of Record (via ECF)