UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:19-cv-07625-AJN

VE,

    Plaintiff,

vs.

DARREN K. INDYKE AND
RICHARD D. KAHN AS JOINT
PERSONAL REPRESENTATIVES OF
THE ESTATE OF JEFFREY E. EPSTEIN,
NINE EAST 71ST STREET, CORPORATION,
FINANCIAL TRUST COMPANY, INC.,
NES, LLC,

    Defendant.
_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

## JOINT STIPULATION FOR DISMISSAL

Plaintiff, VE, and Defendants, Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein, Nine East 71st Street, Corporation, Financial Trust Company, Inc., and NES, LLC, by and through their undersigned counsel, hereby stipulate and agree that due to Plaintiff's resolution of her claim(s) against Defendants via the Epstein Victims' Compensation Program, this action shall be DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: December 7, 2020

Respectfully Submitted,

EDWARDS POTTINGER LLC

By: _____
Bradley J. Edwards
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida
(954) 524-2820
Brad@epllc.com, Britt...
*Attorneys for Plaintiff*

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: _____
Molly S. DiRago
...troutman.com
*...nts*

SO ORDERED.

SO ORDERED. 12/8/2020
ALISON J. NATHAN, U.S.D.J.